UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JIMMY SHIELDS, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | JURY TRIAL DEMANDED |
| CREDIT BUREAU OF BESSEMER, INC. | ) | |
| DEFENDANT. | ) | |

## PLAINTIFF'S COMPLAINT

This is an action brought by the Plaintiff, Jimmy Shields, for actual and statutory damages, attorney's fees, and costs for Defendant's violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"). Plaintiff also seeks compensatory and punitive damages for the Defendant's violations of Alabama's common laws set forth herein.

### JURISDICTION AND VENUE

This Court has jurisdiction under 15 U.S.C. §1692k (d), and 28 U.S.C. §1331, §1332, and §1367. Venue is proper in that the Defendant transacted business here, and the Plaintiff resides here.

### PARTIES

1. The Plaintiff, Jimmy Shields, is a resident and citizen of the state of Alabama, Jefferson County, and is over the age of twenty-one years.

2. The Defendant, Credit Bureau of Bessemer, Inc., is, upon information and belief, a corporation incorporated under the laws of Alabama with a

principal place of business located at 1920 3rd Ave. North, Bessemer, Alabama 35020. The Defendant was, in all respects and at all times relevant herein, doing business in the State of Alabama and in this District. The Defendant is regularly engaged in the business of collecting consumer debts from consumers residing in Jefferson County, Alabama and is a "debt collector," as defined by the FDCPA 15 U.S.C. §1692a(6).

## FACTUAL ALLEGATIONS

1. By correspondence dated November 6, 2007, Defendant arranged for the preparation and transmittal of a letter to Plaintiff demanding payment of a debt allegedly due "HEALTH SERVICES FOUNDATIO," in the amount of $77.00. A true and correct copy of said correspondence is attached hereto and incorporated herein as **"Exhibit A."**

2. "Exhibit A" was received by Plaintiff at his residence in Birmingham, Alabama.

3. The alleged and disputed debt of Plaintiff claimed in "Exhibit A" was incurred for personal, family, or household services, and was a "debt" as defined by the FDCPA at 15 U.S.C. §1692a(5).

4. The text in the body of Exhibit A states:

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

**COLLECTION NOTICE**

Your account(s) with HEALTH SERVICES FOUNDATIO has been placed for collection. The account(s) is now past due. You are instructed to mail your balance in full or contact our office immediately at 205-428-7323 or 1-866-428-7323 to pay your account or to discuss this outstanding balance. Failure to pay the balance in full within 30 days may result in the account(s) being reported as an unpaid bad debt on your credit file for up to seven years. You should act now to avoid the possibility of this account(s) being sent for further collection efforts allowed by law.

**THIS IS AN ATTEMPT TO COLLECT A DEBT.  INFORMATION GAINED MAY BE USED FOR THAT PURPOSE**

5. Exhibit A also contains the debt validation language required by 15 U.S.C. §1692g.

6. The least sophisticated consumer, receiving this letter from the Defendant, would be confused about their 30 day right to dispute the alleged debt since the letter, in addition to stating that a consumer had 30 days to dispute the validity of the debt, also threatened that "Failure to pay the balance in full within 30 days may result in the account(s) being reported as an unpaid bad debt on your credit file for up to seven years." Further, the letter demanded the consumer to "mail your balance in full or contact our office immediately."  The least sophisticated consumer could read this provision as requiring immediate payment which would overshadow the required 1692g notice.

7. "Numerous courts in various circuits have held that the mere inclusion of a Validation Notice within the first communication between a debt collector and a consumer does not necessarily satisfy the notice requirement of 1692g." *In Re Martinez* 266 B.R. 523 (Bkrtcy.S.D.Fla., 2001). (Citing *Rabideau v. Management Adjustment Bureau*, 805 F.Supp. 86 (W.D.N.Y. 1992); See also *Bartlett v. Heibl* 128 F.3d. 497, 500 (7th Cir.1997); *Graziano v. Harrison* 950 F.2d 107, 111 (3rd Cir.1991); *Miller v. Payco-General Credits, Inc.*, 943 F.2d 482 (4th Cir.1991); *Swanson v. Southern Oregon Credit Service, Inc.*, 869 F.2d 1222 (9th Cir.1988)). "These courts have reasoned that even where the bare bones of the required notice is present, §1692g is nonetheless violated where the notice is 'overshadowed or contradicted by accompanying messages from the debt collector.'" *In Re Martinez* 266 B.R. 523 (Bkrtcy.S.D.Fla., 2001). Quoting *Graziano*, 950 F.2d at 111 and *Bartlett*, 128 F.3d at 500.

8. The least sophisticated consumer, receiving this mass produced collection letter, would be deceived into thinking that, regardless of whether the debt is disputed, "Failure to pay the balance in full within 30 days may result in the account(s) being reported as an unpaid bad debt on your credit file for up to seven years."  This is a misleading and deceptive statement.  In truth, if a debt is disputed by a consumer, that debt, by law, must be reported to the credit bureaus as disputed debt. 15 U.S.C. §1692e(8). Further, plaintiff alleges that this defendant never intended to report a $77.00 hospital bill to plaintiff's credit file.

## COUNT ONE
## FAIR DEBT COLLECTION PRACTICES ACT

11.  The Plaintiff adopts the averments and allegations of all the above paragraphs hereinbefore as if fully set forth herein.

12.  The Defendants have engaged in collection activities and practices in violation of the Fair Debt Collection Practices Act (hereinafter referred to as "FDCPA") with respect to the Plaintiff's alleged consumer debt.

13.  The Defendants used false representations and/or deceptive means to attempt to collect a debt in violation of §1692e(8) and §1692e(10).

14.  The Defendant violated §1692f by using unfair and/or unconscionable means to attempt to collect a debt.

15.  The Defendants violated the FDCPA because their collection letter contained language, specifically a demand for payment within 30 days, that contradicted and overshadowed the debt validation language required by §1692g.

## AMOUNT OF DAMAGES DEMANDED

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff demands a judgment against the Defendant as follows:

A.  Declaratory judgment that the Defendant's conduct violated the FDCPA;

B.  Statutory damages of $1,000 from the Defendant for the violations of the FDCPA (15 U.S.C.§1692k);

C.  Actual damages for the Defendant's violations of the FDCPA;

D.  Costs and reasonable attorney's fees from the Defendant pursuant to 15 U.S.C.§1692k; and,

E.  Such other and further relief that this Court deems necessary, just and proper.

_W. Whitney Seals_
Attorney for Plaintiff

**OF COUNSEL:**
Pate & Cochrun, L.L.P.
P.O. Box 10448
Birmingham, AL 35202-0448
(205) 323-3900
(205) 323-3906 (facsimile)

**PLAINTIFF REQUESTS THAT DEFENDANT BE SERVED A COPY OF THIS COMPLAINT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO THE FOLLOWING ADDRESS:**

BESSEMER CREDIT BUREAU, INC.
C/O A.J. BARNETT, AGENT
1920 3RD AVE. NORTH
BESSEMER, AL 35020

PO BOX 590
Bessemer, AL 35021-0590

Return Service Requested

JIMMY SHEILDS   00410379-50-070
1712 6TH PLACE CIR NW
BIRMINGHAM AL 35215-5214

**CREDIT BUREAU OF BESSEMER, INC.**

*Collection Service Division*
**(205) 428-7323 - (866) 428-7323**

Date: November 6, 2007

Total Due: $ 77.00

Send To:
**CREDIT BUREAU OF BESSEMER, INC.**
**Collection Service Division**
PO BOX 590
Bessemer, AL 35021-0590

---

(Detach upper portion and return with payment. Keep the bottom for your records.)

Date: November 6, 2007
**Total Due: $ 77.00**

## THIS COMMUNICATION IS FROM A DEBT COLLECTOR

## COLLECTION NOTICE

Your account(s) with HEALTH SERVICES FOUNDATIO has been placed for collection. The account(s) is now past due. You are instructed to mail your balance in full or contact our office immediately at 205-428-7323 or 1-866-428-7323 to pay your account or to discuss this outstanding balance. Failure to pay the balance in full within 30 days may result in the account(s) being reported as an unpaid bad debt on your credit file for up to seven years. You should act now to avoid the possibility of this account(s) being sent for further collection efforts allowed by law.

**THIS IS AN ATTEMPT TO COLLECT A DEBT. INFORMATION GAINED
MAY BE USED FOR THAT PURPOSE.**

### ***NOTICE***

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt against you and mail you a copy of such verification. If you notify this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

```
REGARDING                   SRV-DATE    ACCT#       CLIENT#       BALANCE DUE

HEALTH SERVICES FOUNDATIO   05/09/06    00410379    0039869684      40.00
HEALTH SERVICES FOUNDATIO   05/09/06    00410381    0039869685      37.00




                                                    Total Due.........> 77.00
```

Total Balance Due may not reflect all charges on your account.

CREDIT BUREAU OF BESSEMER, INC. Collection Services Division PO Box 590 * Bessemer, AL 35021 (205) 428-7323



PLAINTIFF'S EXHIBIT A

PLEASE COMPLETE THIS SECTION IF YOU CARRY ANY INSURANCE

| EMPLOYER | ADDRESS | TELEPHONE |
|---|---|---|
| INSURANCE OR HMO | POLICY HOLDER NAME | POLICY HOLDER D.O.B. |
| GROUP OR POLICY NUMBER(S) | | POLICY HOLDER'S SOCIAL SECURITY NUMBER |
| CLAIM MAILING ADDRESS | | CERTIFICATION AUTHORIZATION NUMBER IF REQUIRED |

IF HMO, PCP _____ Effective Date of Insurance Policy _____

**Blue Cross Blue Shield**
EFFECTIVE DATE OF CURRENT COVERAGE
SUBSCRIBER NAME
GROUP NO.     SERVICE CODE
CONTRACT NUMBER     BC PLAN CODE

BLUE CROSS OR BLUE CARE ACT.
MEDICARE ➡
MEDICAID ⬇

**Health Insurance**
SOCIAL SECURITY ACT
NAME OF BENEFICIARY
CLAIM NUMBER     SEX
IS ENTITLED TO     EFFECTIVE DATE
SIGN HERE

DEPARTMENT OF SOCIAL SERVICES
MEDICAL ASSISTANCE AUTHORIZATION

| Recipient ID No. | Eligible Person | Birth Date | OI |
|---|---|---|---|
| | | | |

Eligible Period

| Prog. | Co. | Dist. | Unit | Wkr. | Case Number |
|---|---|---|---|---|---|
| Scope of Coverage | | Patient Pay Amount | | Level Of Care | |

COMMENTS:
_____
_____
_____