```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION

JIMMY SHIELDS,                  }
                                }
     Plaintiff,                 }
                                }    CIVIL ACTION NO.
v.                              }    08-0867-S
                                }
CREDIT BUREAU OF BESSEMER,      }
INC.,                           }
                                }
     Defendant.                 }
```

## ORDER

The court having been informed by the notice of settlement filed on June 19, 2008, that the parties in the above-entitled action have reached a settlement, the action is hereby DISMISSED WITH PREJUDICE.  The parties shall have **fourteen (14) days** from the date of this order within which to request the substitution of a modified stipulated final judgment.

The parties shall bear their own respective costs.

DONE this 27th day of June, 2008.

```
                              _____
                              WILLIAM M. ACKER, JR.
                              UNITED STATES DISTRICT JUDGE
```